IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **THE COLUMBIA GROUP, INC.**<br><br>*Plaintiff*,<br><br>v.<br><br>**LOGISTICS MANAGEMENT INSTITUTE**<br><br>*Defendant*. | Civil Action No. 1:20-cv-127 |

### DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of this Court's Local Civil Rules, Defendant Logistics Management Institute ("LMI"), by counsel, hereby certifies that LMI does not have any parent corporation, trust, subsidiary, or affiliate entity that has issued stock or debt securities to the public, and no publicly held entity owns 10% or more of LMI.

Respectfully Submitted,

Dated: February 6, 2020

/s/
Nicholas M. DePalma (VSB 72886)
Kevin W. Weigand (VSB 81073)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Tel: (703) 905-1455
Fax: (703) 821-8949
nmdepalma@venable.com
kwweigand@venable.com

*Counsel for Defendant*
*Logistics Management Institute*

1

## **CERTFICATE OF SERVICE**

I hereby certify that on the 6th day of February 2020, a true and correct copy of the foregoing was sent via first class mail and email to:

James C. Fontana
L. James D'Agostino
Jeffry R. Cook
8133 Leesburg Pike, Suite 500
Tysons Corner, VA 22182
Tel: 703-880-9172
Fax: 703-880-9185
jfontana@deftlaw.com
jdagostino@deftlaw.com
jcook@deftlaw.com

Mariam W. Tadros
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182
Tel: 703-790-1911
Fax: 703-848-2530
mtadros@reesbroome.com

/s/_____
Nicholas M. DePalma (VSB 72886)
Kevin W. Weigand (VSB 81073)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Tel: (703) 905-1455
Fax: (703) 821-8949
nmdepalma@venable.com
kwweigand@venable.com

*Counsel for Defendant*
*Logistics Management Institute*